# UNITED STATES DISTRICT COURT

for the
District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico
Erik Paltrow
Clerk of Court

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
THE PERSON OF RAYMOND LA RIVA, YOB 1983

Case No. 26-MR-1746

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated for reference.

located in the ____________ District of New Mexico, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated for reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(o) | Unlawful possession of a machine gun |
| 21 U.S.C. §§ 841 and 846 | Possession with intent to distribute a controlled substance |
| 18 U.S.C. §§ 922(g)(1) and 924 | Felon in possession of a firearm and ammunition |

The application is based on these facts:
See attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ________ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Alexander Apodaca FBI Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephonically sworn and electronically signed *(specify reliable electronic means)*.

Date: 08/20/2026

*Judge's signature*

City and state: Albuquerque, New Mexico

Laura Fashing US Magistrate Judge
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>THE PERSON OF RAYMOND LA RIVA, YOB 1983 | Case No. ____________________<br><br>**FILED UNDER SEAL** |

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Alexander Apodaca, being first duly sworn, make this Affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the body of Raymond La Riva (born in 1983, "LA RIVA") to collect a DNA sample by way of two buccal (cheek) swabs and Major Case Prints.

2. I am a Task Force Officer (TFO) with the FBI and have been sworn since 2023. I am currently assigned to the Violent Gang Task Force (VGTF) of the FBI in Albuquerque. I also serve as a New Mexico State Police (NMSP) Officer and have so since 2019. As a TFO, I am a federal law enforcement officer under Federal Rule of Criminal Procedure 41. As such, I am an officer of the United States of America who is empowered to investigate and make arrests for federal offenses and to conduct searches as requested in this warrant. I have received specialized training in criminal investigations through the New Mexico Law Enforcement Academy and the New Mexico State Police Academy. I have received both classroom and on-the-job training concerning the investigation of narcotics and firearms violations. My investigative training and experience includes but is not limited to: interviewing subjects, targets, and witnesses; writing affidavits for search and arrest warrants and executing them; conducting surveillance; managing cooperating sources; collecting evidence; analyzing public records; and working on joint investigations and operations with tribal, state, and federal law enforcement agencies, including the Drug Enforcement Administration, Navajo Police Department, Albuquerque Police

Department, New Mexico State Police, Homeland Security Investigations, and the Bernalillo County Sheriff's Office. I have conducted numerous criminal investigations that led to the arrest and conviction of persons in violation of New Mexico state statutes and federal statutes.

3. This Affidavit does not set forth all of my knowledge or summarize all of the investigative efforts in this matter; however, this Affidavit sets forth only the facts that support probable cause for the limited search of the body of LA RIVA, for the purpose of collecting a DNA sample and Major Case Prints. Any observations referenced herein that I did not personally witness were relayed to me in oral or written reports by law enforcement officers who assisted in the investigation of LA RIVA.

**SUMMARY OF PROBABLE CAUSE**

4. The FBI is currently investigating LA RIVA for violations of 18 U.S.C. § 922(o), that is, unlawful possession of a machine gun, 21 U.S.C. §§ 841 and 846, that is possession with intent to distribute a controlled substance, and 18 U.S.C. §922(g)(1) and 924, that is felon in possession of a firearm and ammunition.

5. On August 7, 2026, NMSP Agents attempted to locate a known fugitive identified as LA RIVA. LA RIVA had an active State of New Mexico felony arrest warrant for felon in possession of a firearm (T-4-FR-2026-003864). LA RIVA was known to drive a silver-colored Lincoln Navigator bearing NM license plate SJS444 .

6. At around 4:45 p.m., NMSP agents identified LA RIVA driving the Lincoln Navigator within Albuquerque, NM. The NMSP agents conducted covert surveillance until the area of Menaul Boulevard (Blvd.) and Bryn Mawr Drive (Dr.) NE. At around 5:05 p.m., NMSP agents utilized a "Police Grappler Bumper" device to stop the Lincoln Navigator. The NMSP

Agents conducted a “pre-emptive grapple” on the Lincoln Navigator due to prior history with LA RIVA.

7. A “pre-emptive grapple” is when Law Enforcement utilizes a Police Grapple Bumper before activating their emergency equipment to safely stop the vehicle. Once the Police Grapple Bumper is utilized, Law Enforcement activates their emergency equipment, notifying the person in the grappled vehicle of Law Enforcement presence. The decision to utilize a “pre-emptive grapple” on LA RIVA was based on his criminal history (pending charges for felon in possession of a firearm, previous violent charges to include aggravated battery with a deadly weapon, and shooting at or from a motor vehicle). The decision to utilize a “pre-emptive grapple” was also based on a prior interaction in April of 2026 where LA RIVA failed to yield to NMSP agents. In that incident, NMSP agents eventually utilized the Police Grappler Bumper.

8. Once the Lincoln Navigator was stopped and emergency equipment was activated, LA RIVA climbed out of the driver’s side front window and fled on foot. After a short foot pursuit, LA RIVA was arrested by NMSP agents.

9. NMSP agents conducted a search incident to arrest on LA RIVA. Inside LA RIVA’s right front pocket of his shorts, agents located an unspent red shotgun shell and a machine gun conversion device. NMSP agents continued the search of LA RIVA’s person and located a Louis Vuitton wallet inside his shorts. Inside the wallet were thirteen small bags of suspected crack cocaine totaling 3.4 grams. Agents also located three bags of suspected meth, with two of the bags containing 0.8 grams of suspected methamphetamine and the other containing 6 grams of suspected methamphetamine. Also in the wallet were 24 suboxone strips. In LA RIVA’s left front pocket of his shorts, agents located 3.8 grams of suspected crack cocaine, one gram of suspected methamphetamine, and one gram of suspected heroin.

10. Upon review of body camera video, the machine gun conversion device appeared to come from LA RIVA's front right pocket of his shorts. During the video, the machine gun conversion device appeared to fall from Agent Sena's hand as he transferred the items from LA RIVA's pocket to the hood of an NMSP vehicle.

11. Because the Lincoln Navigator was between the eastbound and westbound lanes of Menaul Blvd., NMSP Sergeant Adrian Lucero requested the vehicle be moved from the middle of the lanes on Menaul Blvd to Bryn Mawr Dr. to clear traffic from the roadway and to ensure the vehicle could be towed safely. NMSP Agent Carlos Vigil got into the driver's seat of the Lincoln Navigator and moved it to Bryn Mawr Dr. While doing so, Agent Vigil observed what appeared to be a marijuana grinder near the gear shifter and smelled the odor of marijuana from inside the vehicle. Agent Vigil also observed a Streamlight TLR-1 HL weapon-mounted light sitting near the instrument cluster of the Lincoln Navigator.

12. The Lincoln Navigator was sealed as evidence by NMSP agents pending a search warrant. The Lincoln Navigator was towed from Bryn Mawr Dr. to the NMSP office at 2501 Carlisle Blvd. NE Albuquerque, NM 87110. NMSP agents followed the Lincoln Navigator to the NMSP office to ensure no one tampered with it and the Lincoln Navigator was placed in a secure parking lot.

13. A review of LA RIVA's criminal history revealed he has been convicted of multiple felony offenses that prevent him from possessing a firearm and ammunition.

a. Conspiracy to Commit Burglary (Dwelling House) D-504-CR-2008-00264.
b. Possession of a Firearm/Destructive Device by a Felon and Possession of a Controlled Substance, to wit Cocaine in D-504-CR-2007-00460.
c. Possession of a Firearm/Destructive Device by a Felon in D-504-CR-2007-00461.

d. Armed Robbery with a Deadly Weapon (two counts) in D-504-CR-2003-00363.

14. A National Crime Information Center (NCIC) registration check indicated that LA RIVA was the registered owner of the Lincoln Navigator.

15. On August 11, 2026, the Honorable Jennifer Rozzoni approved a search warrant (MR 26-1672) for the Lincoln Navigator.

16. On August 12, 2026, I executed the search warrant. I seized five firearms, one being a shotgun, and various suspected drugs, among other items, from inside the Lincoln Navigator. One of the firearms was within arm's reach from the driver's side front seat.

INTERSTATE NEXUS

17. The red unspent shotgun shell found in LA RIVA's pocket was made by Winchester. I know that Winchester ammunition is not manufactured in the State of New Mexico and, therefore, would have had to move through interstate commerce to reach New Mexico. The shotgun found in LA RIVA's Lincoln Navigator was made by Mossberg. I know that Mossberg firearms are not manufactured in the State of New Mexico and, therefore, would have had to move through interstate commerce to reach New Mexico.

18. From my training and experience, I am aware that DNA evidence suitable for comparison may be found on the above-listed shotgun and other firearms. Because of LA RIVA's close proximity to the firearm described above, being the sole occupant of the vehicle, and being the registered owner of the Lincoln Navigator, I believe his DNA and fingerprints may be found on the firearm(s). When agents send firearms to be tested for a possible DNA match, the FBI laboratory requires a new DNA sample also be sent, even if the suspect for comparison is already in a DNA database. I intend to send those items to the FBI laboratory for DNA testing. I will request the FBI laboratory compare any potential DNA and fingerprints found on the firearm to

LA RIVA's DNA and fingerprints. This process is in line with FBI and U.S. Department of Justice protocols. As such, I am requesting authorization to collect a DNA sample from LA RIVA by buccal (cheek) swabs and Major Case Prints.

## CONCLUSION

19. Based on the aforementioned information, I submit that probable cause exists to search LA RIVA, to collect a DNA sample by two buccal swabs and Major Case Prints; pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

20. This Affidavit has been reviewed by Assistant United States Attorney Jesse Pecoraro.

Respectfully submitted,

Alexander Apodaca
FBI Task Force Officer

Subscribed electronically and sworn telephonically on August 20, 2026.

THE HONORABLE LAURA FASHING
UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

Person to be Searched

Raymond LA RIVA (YOB 1983). LA RIVA has a Social Security number ending in 2528. He is currently at the Metropolitan Detention Center in Bernalillo County, New Mexico. LA RIVA is approximately 5’6”, 200 lbs, with green eyes and salt and pepper hair.

LA RIVA is pictured below:



## ATTACHMENT B

Property to be seized by the Government

1. Buccal swabs. Law enforcement will use DNA buccal swabs to collect samples of DNA from Raymond LA RIVA.

2. Major Case Prints. Specifically, two sets of full fingerprints of all ten fingers and full palm prints of both hands will be collected. The purpose of Major Case Prints is to record the friction ridge detail of the full hand so complete and accurate finger and palm print comparisons can be made.